UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.                                                                                                                          Case No. 11-20203

RICHARD DEAN WOOLSEY,                             HON. AVERN COHN

    Defendant/Petitioner.
_____/

## ORDER DENYING AS MOOT PETITIONER's REQUEST FOR A CERTIFICATE OF APPEALALBILITY (Doc. 152)

    This is a criminal case. Defendant/Petitioner Richard Dean Woolsey (Woolsey) was found guilty by a jury of conspiracy to commit mail and wire fraud and wire fraud. The Court sentenced Woolsey to 90 months imprisonment. Woolsey timely appealed. The Court of Appeals for the Sixth Circuit affirmed. United States v. Woolsey, No. 14-1693/2488 (6th Cir. Jan. 22, 2016).

    Woolsey filed a pro se motion under 28 U.S.C. § 2255. (Doc. 130). The Court denied the motion and declined to issue a certificate of appealability (COA). (Doc. 149). Woolsey has filed a paper styled "Notice of Appeal/Petition for Certificate of Appealability." (Doc. 152).

    Given that the Court has already denied a COA, Petitioner's request for a COA is MOOT. Furthermore, construing Petitioner's motion as a motion for reconsideration of the denial of a COA, it is DENIED. Petitioner has not established that the Court erred in determining that reasonable jurists would not debate the Court's assessment of

Petitioner's claims or conclude that his claims deserve encouragement to proceed further.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: March 6, 2018
Detroit, Michigan